NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUL 29 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RICHARD J. GLAIR,

No. 20-55500

        Plaintiff-Appellant,

D.C. No. 2:17-cv-02886-DDP-PJW

  v.

MEMORANDUM*

A. GUTIERREZ, a California Highway
Patrol Officer,

        Defendant-Appellee.

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted July 19, 2021**

Before:    SCHROEDER, SILVERMAN, and MURGUIA, Circuit Judges.

      Richard J. Glair appeals pro se from the district court's judgment dismissing

his 42 U.S.C. § 1983 action arising from his protest outside a state government

building. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a

dismissal under Federal Rule of Civil Procedure 12(b)(6). *Colony Cove Props.,*

---

     *      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

     **    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*LLC v. City of Carson*, 640 F.3d 948, 955 (9th Cir. 2011).  We affirm.

The district court properly dismissed Glair's action because Glair failed to allege facts sufficient to state any plausible claim.  *See United States v. Jacobsen*, 466 U.S. 109, 113 (1984) ("A 'seizure' of property occurs when there is some meaningful interference with an individual's possessory interests in that property."); *United States v. Mendenhall*, 446 U.S. 544, 551-52 (1980) (explaining the threshold for detention under the Fourth Amendment); *Ariz. Students' Ass'n v. Ariz. Bd. of Regents*, 824 F.3d 858, 867 (9th Cir. 2016) (to make out a First Amendment retaliation claim, plaintiff must allege interference or an intention to interfere with a constitutionally protected activity); *see also Reese v. County of Sacramento*, 888 F.3d 1030, 1040-41 (9th Cir. 2018) (elements of a Bane Act claim under California Civil Code section 52.1).

**AFFIRMED.**